## City of Scranton v. The Public Service Commission (No. 2).

Argued November 19, 1919. Appeal, No. 6, March T., 1920, by City of Scranton, from order of the Public Service Commission in the case of City of Scranton v. The Public Service Commission, on appeal, and Scranton and Binghamton Traction Company. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, TREXLER and KELLER, JJ. Affirmed.

OPINION BY KELLER, J., December 8, 1919:

By stipulation filed it was agreed that the same judgment should be entered in this appeal as was entered in the appeal from the complaint against the Scranton Railway Company. By opinion filed this day, the order complained of in that appeal has been affirmed. The same disposition is accordingly made of this appeal.

The order is affirmed and the appeal is dismissed at the costs of the appellant.